UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H & C GLOBAL SUPPLIES SA DE CV, a Mexican corporation,<br><br>Plaintiff<br><br>v.<br><br>PANDOL ASSOCIATES MARKETING, INC, a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. 1:13-CV-0827 AWI SKO<br><br>ORDER VACATING OCTOBER 7, 2013 HEARING DATE |

Plaintiff has noticed for hearing and decision a motion for judgment on the pleadings. The matter was scheduled for a hearing to be held on October 7, 2013. Defendant failed to file either an opposition or a notice of non-opposition 14 days before the hearing date. See Local Rule 230(c). The Court has reviewed the motion for judgment on the pleadings and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 7, 2013 is VACATED, and no party shall appear at that time. As of October 7, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: __October 3, 2013__                  _____
                                                                   SENIOR DISTRICT JUDGE