1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF CALIFORNIA

5

6   H & C GLOBAL SUPPLIES SA DE CV,          CASE NO. 1:13-CV-0827 AWI SKO
    a Mexican corporation,
7                                            ORDER VACATING OCTOBER 7, 2013
              Plaintiff                      HEARING DATE
8
         v.
9
    PANDOL ASSOCIATES MARKETING,
10  INC, a California corporation, and DOES
    1 through 20, inclusive,
11
              Defendant.
12

13

14       Plaintiff has noticed for hearing and decision a motion for judgment on the pleadings.  The

15  matter was scheduled for a hearing to be held on October 7, 2013.  Defendant failed to file either

16  an opposition or a notice of non-opposition 14 days before the hearing date.  See Local Rule

17  230(c).  The Court has reviewed the motion for judgment on the pleadings and the applicable law

18  and has determined that the motion is suitable for decision without oral argument.  See Local Rule

19  230(g).

20       Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 7,

21  2013 is VACATED, and no party shall appear at that time.  As of October 7, 2013, the Court will

22  take the matter under submission, and will thereafter issue its decision.

23

24

25  IT IS SO ORDERED.

26  Dated:   October 3, 2013           _____

27                                     SENIOR  DISTRICT  JUDGE

28