UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H&C GLOBAL SUPPLIES SA DE CV, a Mexican Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PANDOL ASSOCIATES MARKETING, INC., a California Corporation,<br><br>Defendant. | **CASE NO. 1:13-cv-00827-AWI-SKO**<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION FOR AN ORDER FOR APPEARANCE AND EXAMINATION OF THIRD PARTY JAMES PANDOL**<br><br>**(Docket No. 20)** |

### I.   INTRODUCTION

On May 30, 2013, Plaintiff H&C Global Supplies SA DE CV ("H&C Global") filed suit against Defendant Pandol Associates Marketing, Inc. ("Defendant" or "Judgment Debtor"). Defendant answered the complaint on July 17, 2013. (Doc. 9.) Plaintiff filed a motion for judgment on the pleadings on September 3, 2013, which was unopposed, judgment on the pleadings was granted on November 6, 2013, and judgment was entered. (Docs. 14, 18, 19.)

On January 7, 2014, Plaintiff filed an application for an order for appearance and examination of third-party James Pandol to answer questions concerning property of the

Judgment Debtor in his possession or control or concerning a debt owed to the Judgment Debtor. (Doc. 20.)

## II. DISCUSSION

Federal Rule of Civil Procedure 69 governs enforcement of judgment proceedings in federal courts. *Hilao v. Estate of Marcos*, 95 F.3d 848, 851 (9th Cir. 1996). Rule 69(a) provides:

> (1) **Money Judgment; Applicable Procedure.** A money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.
>
> (2) **Obtaining Discovery.** In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person--including the judgment debtor--as provided in these rules or by the procedure of the state where the court is located.

Fed. R. Civ. P. 69(a)(1)-(2).

Judgment debtor proceedings under California law "permit the judgment creditor to examine the judgment debtor, or third persons who have property of or are indebted to the judgment debtor, in order to discover property and apply it toward the satisfaction of the money judgment." *Imperial Bank v. Pim Elec., Inc.*, 33 Cal. App. 4th 540, 546-47; *see also* Cal. Civ. Proc. Code §§ 708.110-708.205. Where a Judgment Creditor seeks to examine a third party, rather than the Judgment Debtor, the application for an order for appearance must comply with the requirements of California Code of Civil Procedure Section 708.120(a), which provides as follows:

> (a) Upon ex parte application by a judgment creditor who has a money judgment and proof by the judgment creditor by affidavit or otherwise to the satisfaction of the proper court that a third person has possession or control of the property in which the judgment debtor has an interest or is indebted to the judgment debtor in an amount exceeding two hundred fifty dollars ($250), the court shall make an order directing the third person to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to answer concerning such property or debt. The affidavit in support of the judgment creditor's application may be based on the affiant's information and belief.

Here, H&C Global's application for an order for appearance and examination indicates that H&C Global wishes to compel a third party, James Pandol, to appear for examination. (Doc. 20.) The application was submitted on a Judicial Council of California, and a box on the form is checked indicating that an affidavit supporting the application under California Civil Code Section 708.120 is attached. However, no such affidavit is attached to H&C Global's application. Therefore, the Court has insufficient information before it for the issuance of an order for examination.

### III.   CONCLUSION AND ORDER

Accordingly, IT IS HEREBY ORDERED that H&C Global's application for the issuance of an order for appearance and examination is DENIED without prejudice to refiling with appropriate supporting documentation that complies with California Code of Civil Procedure Section 708.120(a).

IT IS SO ORDERED.

Dated:   **January 10, 2014**            **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE