# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **H&C GLOBAL SUPPLIES SA DE CV, a Mexican Corporation,**<br><br>                **Plaintiff**<br><br>                v.<br><br>**PANDOL ASSOCIATES MARKETING, INC, a California Corporation, and DOES 1 through 20, inclusive,**<br><br>                **Defendants.** | **CASE NO. 1:13-CV-00827-AWI-SKO**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT (DOC. NO. 25) AS MOOT**<br><br>**(Doc. No. 30)** |

    Administrative review of the docket reveals Plaintiff filed a Satisfaction of Judgment (Doc. No. 28) on March 25, 2014 in which Plaintiff acknowledges the judgment rendered in this case has been fully satisfied by Defendant. In light of the Satisfaction of Judgment, Plaintiff's Motion for Judgment (Doc. No. 25) filed on January 31, 2014 is rendered moot. Accordingly, the Court DENIES Plaintiff's Motion for Judgment as MOOT.

IT IS SO ORDERED.

Dated:  April 15, 2014                                   _____
                                                        SENIOR DISTRICT JUDGE